UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.  00-10289-RWZ

UNITED STATES OF AMERICA

v.

JAMES SALMONS

ORDER

June 19, 2007

ZOBEL, D.J.

    Defendant violated certain conditions of supervised release.  As a result the court revoked his supervised release and sentenced him to the custody of the United States Bureau of Prisons for a period of six months to be followed by a further period of supervised release.

    It is now ordered that defendant shall report to the United States Marshal in Boston, Massachusetts, or to the institution designated, FMC Butner, North Carolina, no later than Monday, June 25, 2007 at 12:00 p.m.

|  |  |
|---|---|
|   June 19, 2007   |   /s/Rya W. Zobel   |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |