UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | CRIMINAL NO. 00-10289-RWZ |
| ) | |
| JAMES SALMONS        ) | |

ORDER

Upon consideration of Defendant's Motion For Travel Expenses To Self-Report and finding good cause shown, it is this ___ day of June, 2007 hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that the United States Marshal Service provide airfare travel expenses for James Salmons from Boston, Massachusetts, to North Carolina, and it is further

ORDERED that the above orders be carried out to ensure that Mr. Salmons is present at FMC Butner, North Carolina no later then June 29, 2007 at 12:00 p.m.

_6/25/07_          _____
                    Judge Rye W. Zobel

-4-